No. 156. J. C. WEBBER, PLAINTIFF IN ERROR, *v.* THE

STATE OF MISSOURI.   Error to the Supreme Court of the State of Missouri.   April 3, 1911.   Dismissed with costs on motion of counsel for the plaintiff in error.   *Mr. William Warner* and *Mr. O. H. Dean* for the plaintiff in error. *Mr. Elliott W. Major* for the defendant in error.